111 P.3d 72

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 12, 2005**

| 26365 | State v. Hutch | Affirmed |
| 26575 | State v. Hutch | Affirmed |

**May 13, 2005**

| 26256 | State v. Padamada | Affirmed |

**May 18, 2005**

| 25641 | Kubeckova v. City and County of Honolulu | Affirmed |